No. 1573. LOWRIE, APPELLEE, *v.* FRANCESCHI ET AL., APPELLANTS.—Action of Debt. San Juan, Section 1. April 27, 1917. *Withdrawn.*

No. 1666. PONSA, APPELLEE, *v.* DECLET, APPELLANT.—Ejectment. San Juan, Section 1. April 27, 1917. *Dismissed for lack of transcript of record.*

No. 1168. PEOPLE, APPELLEE, *v.* CARRERAS, APPELLANT.—Adulteration of Milk. San Juan, Section 2. April 30, 1917. *Affirmed.*

No. 1148. PEOPLE, APPELLEE, *v.* MUNDO, APPELLANT.—Aggravated Assault and Battery. San Juan, Section 2. May 1, 1917. *Dismissed for failure to appear.*

No. 1669. BARTHOLOMEW, APPELLEE, *v.* CRISEY ET AL., APPELLANTS. — Performance of Contract. Arecibo. May 3, 1917. *Dismissed by agreement of parties.*

No. 1673. RUIZ, APPELLEE, *v.* PILLOT, APPELLANT.—Unlawful Detainer. Guayama. May 21, 1917. *Dismissed for lack of transcript of record.*

No. 1674. PILLOT, APPELLANT, *v.* PUCHOL ET AL., APPELLEES.—Nullity of Deed and Damages. Guayama. May 21, 1917. *Dismissed for lack of transcript of record.*

No. 1153. PEOPLE, APPELLEE, *v.* CORDERO, APPELLANT. Voluntary Homicide. San Juan, Section 2. May 21, 1917. *Affirmed.*